UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FANTA DAGNOKO,

           Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

CIVIL ACTION NO.: 23 Civ. 9128 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 14 is GRANTED, and the Court orders as follows:

1. By **April 4, 2024**, Plaintiff shall file her motion for judgment on the pleadings.

2. By **June 3, 2024**, the Commissioner shall file his motion for judgment on the pleadings.

3. By **June 14, 2024**, Plaintiff shall file her reply, if any.

The Clerk of Court is respectfully directed to close ECF No. 14.

Dated:    New York, New York
           March 19, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**